# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-117-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTINA ANN JACKSON, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 34), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation is filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 29th day of March, 2018.

SUSAN P. WATTERS
United States District Judge