
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-117-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO REDACT TRANSCRIPT |
| CHRISTINA ANN JACKSON, | |
| Defendant. | |

Upon the United States' unopposed Motion to Redact Transcript (Doc. 57), and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the United States' Motion to Redact Transcript is **GRANTED**. The United States may file a redaction request identifying the locations in the transcripts where the victims' names shall be redacted to their initials.

DATED this 21st day of August, 2018.

SUSAN P. WATTERS
United States District Court Judge

1